UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 28 P 2: 28
US DISTRICT COURT
HARTFORD CT

DAVID SCALE,
    Petitioner

Docket 3:02cv2048(CFD)

v.

JOHN ASHCROFT,
    Respondent

October 28, 2003

# NOTICE OF APPEAL

Petitioner hereby gives notice of appeal to the Second Circuit Court of Appeals from the judgment by Judge Droney denying his Petition for Habeas Corpus on September 30, 2003.

Michael G. Moore
107 Oak Street
Hartford, Ct 06106
413/747-9331
Ct#11961