UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID SCALE,
    Petitioner

Docket No. 3:02cv2048(CFD)

v.

JOHN ASHCROFT,
    Respondent

October 6, 2003

## MOTION TO ALTER OR AMEND JUDGMENT

In accordance with Rule 59(e) of the Federal Rules of Civil Procedure, Petitioner moves the court to alter or amend its judgment in this case entered on September 30, 2003.

In that decision the court did not decide whether Petitioner had exhausted his administrative remedies (pg. 5), but rather bases its decision upon the seeming similarity of definition of the term "firearm" under New York State law and federal law. Indeed the court concludes (pg. 5) "Finally, all firearms which are included within the New York statute which was the basis for Scale's convictions are also within the federal definition found at 18 U.S.C. Sec. 921(a)(3)... ."

As the court notes (pg. 2, fn. 2), Petitioner was convicted under New York

[Handwritten annotation: Denied. So ordered. 12/5/03]