UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
Motion Information Statement

| | | | |
|---|---|---|---|
| **Docket Number(s):** | 03-2823-pr | Scale v. Ashcroft | |
| **Motion For:** | Motion to Dismiss | | |

**Set forth below precise, complete statement of relief sought:**

Dismiss appeal for failure to file timely brief and to allow Petitioner's removal as he requested.

[STAMP: UNITED STATES COURT OF APPEALS FILED JUN 0 8 2007 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]

| | | | |
|---|---|---|---|
| **Moving Party:** | John Ashcroft | **Opposing Party:** | David Scale |
| | ☐ Plaintiff  ☐ Defendant | | |
| | ☐ Appellant/Petitioner | | |
| | ☒ Appellee/Respondent | | |
| **Moving Attorney:** | Kevin J. O'Connor | **Opposing Attorney:** | David Scale, *pro se* |
| | United States Attorney<br>District of Connecticut<br>157 Church Street, 23rd Floor<br>New Haven, CT 06510 | **Firm:**<br>**Address:** | Donald W. Wyatt Correctional<br>Facility<br>950 High Street<br>Central Falls, RI 02863 |
| by:<br>Tel:<br>e-mail: | John B. Hughes, Chief, AUSA<br>(203) 821-3700<br>john.hughes@usdoj.gov | **Tel:**<br>**e-mail** | |

**Court-Judge/Agency appealed from:** United States District Court for the District of Connecticut (Droney, J.)

**Please check appropriate boxes:**

Has **consent** of opposing counsel:
A. been sought?   ☐ Yes ☒ No
B. been obtained?   ☐ Yes ☒ No
Is **oral argument** requested?   ☐ Yes ☒ No
(requests for oral argument will not necessarily be granted)

Has **argument date** of appeal been set?   ☐ Yes ☒ No

If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**

Has request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this Court?   ☐ Yes ☐ No

Requested return date and explanation of emergency:

**Signature of Moving Attorney:**   *[signature]*   **Date:** 6/6/2007

Has service been effected?   ☒ Yes ☐ No
[Attach affidavit of service]

**ORDER**

Leave this space blank.

IT IS HEREBY ORDERED that the motion is ~~granted~~ ~~denied~~. Moot in light of dismissal of appeal.

FoiFOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

Date: _____ [STAMP: FILED JUN 1 4 2007]   by: ____   By: *[signature]*
Arthur M. Heller, Motions Staff Attorney

FORM T-1080 (Revised 05/01)